UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE PRESTON POLK, | NO. CV 06-00297 GW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| TOM L. CAREY, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 7, 2010

GEORGE H. WU
United States District Judge